**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**EDMOND S. MAXON, III,**

**Defendant.**                                        **No. 04-cr-30074-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Pursuant to a joint motion by the parties, the Court **DISMISSES** the revocation petition (Doc. 17) without prejudice and **RELEASES** Maxon from home confinement with electronic monitoring.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**